| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| RAJU MEGANATHAN, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:13-CV-497 |
| § | |
| SIGNAL INTERNATIONAL L.L.C., § | |
| et al., § | |
| § | |
| Defendants. § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 2.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 38), which recommends that the court deny the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) of Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 10.) The Defendants filed timely objections (Doc. No. 39) to the report, and Plaintiffs filed a response. (Doc. No. 45.)

Pursuant to the Defendants' objections, the court has conducted a de novo review of the magistrate judge's report and recommendation based on the relevant pleadings, motions, and responses. See FED. R. CIV. P. 72(b)(3). After careful consideration, the court concludes that the magistrate judge correctly determined that the Defendants' motion to dismiss should be denied.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 47) is **ADOPTED**; and the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) of

Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 16) is **DENIED**. Burnett's alternative request for an interlocutory appeal to the United States Court of Appeals for the Fifth Circuit is also **DENIED**.

SIGNED at Sherman, Texas, this 9th day of September, 2014.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE