| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

RAJU MEGANATHAN, et al., §
§
            Plaintiffs, §
§
v. §    CIVIL ACTION NO. 1:13-CV-497
§
SIGNAL INTERNATIONAL L.L.C., §
et al., §
§
            Defendants. §

**ORDER ADOPTING REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. (Doc. No. 2.) The court has received and considered the report and recommendation of the magistrate judge (Doc. No. 49), which recommends that the court deny the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) of Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 11.) No objections were filed to the magistrate's report and recommendation, and the time for doing so has passed.

It is therefore **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 49) is **ADOPTED**; and the "Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) of Malvern C. Burnett, The Law Offices of Malvern C. Burnett, A.P.C., and Gulf Coast Immigration Law Center, L.L.C." (Doc. No. 11) is **DENIED**.

SIGNED at Sherman, Texas, this 9th day of September, 2014.

                                                       */s/ Marcia A. Crone*
                                                    MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE